United States District Court
Southern District of Texas
FILED
AUG 14 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Guadalupe Sauceda §
§
versus §
§ CIVIL ACTION B-97-167
§
THC Adult Day Care, Center, §
Inc. §

## Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed August 14, 1998, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED
AUG 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Hilda G. Tagle
United States District Judge